IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 05-CV-1452 RHK/JSM

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) | |
| ) | |
| Plaintiff,                ) | |
| ) | |
| v.                ) | **ORDER GRANTING** |
| ) | **JOINT MOTION TO MODIFY** |
| ) | **CONSENT DECREE** |
| ) | |
| DON PROW, individually and d/b/a                ) | |
| Rochester Topsoil, Inc.; BRYCE PROW,                ) | |
| individually and d/b/a Rochester Topsoil,                ) | |
| Inc.; and ROCHESTER TOPSOIL, INC.,                ) | |
| ) | |
| Defendants.                ) | |

This matter came before the Court on the Joint Motion to Modify Consent Decree. The Court has reviewed the motion, the memorandum in support thereof, and the proposed Amendment to Consent Decree which has been signed by the parties and/or counsel. Being thus duly advised, it is hereby

ORDERED that the Joint Motion to Modify Consent Decree shall be in all respects granted. The Court will date, sign, and file the Amendment to Consent Decree.

Dated: 7/10/07                                                        s/Richard H. Kyle
                                                                            The Honorable Richard H. Kyle
                                                                            Senior District Judge
                                                                            United States District Court