UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD LEE PROW, individually and d/b/a Rochester Topsoil, Inc.; DONALD BRYCE PROW, individually and d/b/a Rochester Topsoil, Inc.; and ROCHESTER TOPSOIL, INC.,<br><br>Defendants. | Civil No. 05-1452 (RHK/JSM)<br><br><br><br>**ORDER GRANTING JOINT MOTION TO TERMINATE CONSENT DECREE** |

_____

This matter came before the Court on the Joint Motion to Terminate Consent Decree. The Court has reviewed the joint Motion and Defendants' March 19, 2012, letter to Plaintiff ("Exhibit A") attached thereto. Being thus duly advised, and for good cause shown, **IT IS ORDERED** that the Joint Motion to Terminate Consent Decree (Doc. No. 29) is **GRANTED**. The Consent Decree is hereby terminated pursuant to Section XVII, ¶ 44A.

Dated: August 3, 2012

                                                                                              s/Richard H. Kyle          
                                                                                              RICHARD H. KYLE
                                                                                              United States District Judge