## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,                Civil  No.  05-1452 (RHK/JSM)

               Plaintiff,

     v.

DONALD LEE PROW, individually and          **ORDER GRANTING JOINT**
d/b/a Rochester Topsoil, Inc.; DONALD      **MOTION TO TERMINATE**
BRYCE PROW, individually and d/b/a          **CONSENT DECREE**
Rochester Topsoil, Inc.; and ROCHESTER
TOPSOIL, INC.,

               Defendants.
_____

     This matter came before the Court on the Joint Motion to Terminate Consent

Decree.  The Court has reviewed the joint Motion and Defendants' March 19, 2012, letter

to Plaintiff ("Exhibit A") attached thereto.  Being thus duly advised, and for good cause

shown, **IT IS ORDERED** that the Joint Motion to Terminate Consent Decree (Doc. No.

29) is **GRANTED**.  The Consent Decree is hereby terminated pursuant to Section XVII,

¶ 44A.

Dated:  August 3, 2012

                                     s/Richard H. Kyle
                                     RICHARD H. KYLE
                                     United States District Judge